UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PATTIE ANN PUSATERI, as Administrator for the Estate of
GREGORY LEE GALLAWAY,

               Plaintiff,

v.

CITY OF DUNKIRK,
CITY OF DUNKIRK POLICE DEPARTMENT,
CITY OF DUNKIRK POLICE OFFICER
DENISE ZENTZ,
CHAUTAUQUA COUNTY,
CHAUTAUQUA COUNTY SHERIFF
JAMES B. QUATTRONE,
JOHN AND/OR JANE DOE(S) said being
CHAUTAUQUA COUNTY SHERIFF DEPUTIES,
CHAUTAUQUA COUNTY SHERIFF
SERGEANT FULLER,
JOHN AND JANE DOE(S) said being
CHAUTAUQUA COUNTY JAIL PERSONNEL,
ANGELA M. DAMORE, FNP-C,
AMY MEYER, RN,
CHAUTAUQUA COUNTY SHERIFF'S DEPUTY TANNER
DELAHOY bearing Badge Number 5100,
CHAUTAUQUA COUNTY SHERRIFF'S DEPUTY ROBERTS
bearing Badge Number 5108,
CHAUTAUQUA COUNTY SHERRIFF'S DEPUTY ROBERT
BURRELL bearing Badge Number 5060,
CHAUTAUQUA COUNTY SHERRIFF'S SERGEANT
WESTFAHL bearing Badge Number 671,

Civ. No.: 1:20-cv-00427

               Defendants.

## NOTICE OF MOTION

**NATURE OF ACTION:**        Negligence / Medical Malpractice / Civil Rights.

| | |
|---|---|
| **MOVING PARTY:** | Defendants, County of Chautauqua, Chautauqua County Sheriff James B. Quattrone, Chautauqua County Sheriff's Sergeant Fuller, Chautauqua County Sheriff's Sergeant Westfahl, Chautauqua County Sheriff's Deputy Tanner Delahoy, Chautauqua County Sheriff's Deputy Roberts, Chautauqua County Sheriff's Deputy Robert Burrell, Angela Damore, FNP-C, Amy Meyer, RN., John and/or Jane Doe(s) said being Chautauqua County Sheriff Deputies, and John and/or Jane Doe(s) said being Chautauqua County Jail Personnel. |
| **DIRECTED TO:** | Plaintiff. |
| **DATE AND TIME:** | To be scheduled by the Court. |
| **PLACE:** | To be determined by the Court. |
| **SUPPORTING PAPERS:** | Declaration of Peter L. Veech, with Exhibits A-B, and Memorandum of Law. |
| **ANSWERING PAPERS:** | If any, are due fourteen (14) days from the service of this motion pursuant to Local Rule 7(b)(2)(B), unless the Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |
| **REPLY PAPERS:** | Defendants intend to file and serve reply papers. |
| **RELIEF REQUESTED:** | An Order: (1) dismissing Plaintiff's sixth, seventh, ninth, tenth, and twelfth causes of action in their entireties and with prejudice; (2) dismissing Plaintiff's fourth, fifth, eighth, eleventh, and thirteenth causes of action as set forth in the accompanying Memorandum of Law; and (3) for such other and further relief as the Court deems to be necessary and proper. |
| **GROUNDS FOR RELIEF:** | F.R.C.P. 12(b)(6). |
| **ORAL ARGUMENT:** | Requested. |

Dated:  November 2, 2020

           **WEBSTER SZANYI LLP**
Attorneys for Defendants,
*County of Chautauqua, Chautauqua County Sheriff James B. Quattrone, Chautauqua County Sheriff's Sergeant Fuller, Chautauqua County Sheriff's Sergeant Westfahl, Chautauqua County Sheriff's Deputy Tanner Delahoy, Chautauqua County Sheriff's Deputy Roberts, Chautauqua County Sheriff's Deputy Robert Burrell, Angela Damore, FNP-C, Amy Meyer, RN, John and/or Jane Doe(s) said being Chautauqua County Sheriff Deputies, and John and/or Jane Doe(s) said being Chautauqua County Jail Personnel*


By:   *s/Peter L. Veech*
      Michael P. McClaren
      Peter L. Veech
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
mmcclaren@websterszanyi.com
pveech@websterszanyi.com


TO:   **VANDETTE PENBERTHY LLP**
      James M. VanDette, Esq.
      *Attorneys for Plaintiff*
      227 Niagara Street
      Buffalo, New York 14201
      jvabdette@vanpenlaw.com

      **BOUVIER LAW LLP**
      Paul F. Hammond, Esq.
      Attorneys for Defendants,
      *City of Dunkirk, City of Dunkirk Police Department, And City of Dunkirk Police Officer Denise Zentz*
      350 Main Street, Suite 1800
      Buffalo, New York 14202
      pfhammond@bouvierlaw.com