

# CHAUTAUQUA COUNTY SHERIFF'S OFFICE
## GENERAL ORDER

| BY ORDER OF:<br>**Sheriff Joseph A. Gerace**<br><br>_____<br>REPLACES: | EFFECTIVE DATE: 11/26/2012 | CORRECTIONS: **700.08** |
|---|---|---|
| | SECTION: **Medical** | |
| | TOPIC: **Communication on Special Needs Patients** | |

**700.08:** <u>Communication on Special Needs Patients</u>

**Policy:** **Chautauqua County Jail Policy requires notification of correctional personnel by health services staff whenever an inmate has a significant medical or mental health illness or developmental disabilities that will affect the inmate's housing or program assignment, imposition of disciplinary sanctions, or transfer to another institution. In case of identified special needs inmates, where action is initiated by correctional personnel consultation will be made with service staff before any changes are implemented. In an emergency, correctional personnel may take action immediately to protect the inmate, staff or others.**

**Purpose:** To ensure the safety, security and health of those both working and incarcerated at this facility.

**Standards:**

<u>ACA Adult Local Detention Facilities 3rd Edition (3-ALDF)</u>

    4E-38

<u>New York State Sheriff's Association</u>

    Standard 113, 156

<u>National Commission on Correctional Health Care</u>

    J-A-08

**Procedures:**

**700.08.01:** **General Policy and Practice**

1. Upon arrival at the facility, an on-duty Nurse will assess and determine whether an inmate meets the criteria of special needs.  If an inmate meets the criteria, the individual will be recommended for the housing unit best equipped to meet his special needs.

2. If an inmate is determined to have special needs, a placement form for special needs inmates will be completed to ensure that the inmate is appropriately housed.

3. Once assigned to a housing unit, the Nurse will arrange for follow-up evaluation by the Medical Provider.  The findings will be communicated to correctional personnel to provide housing, work assignment and program participation appropriate for the inmate.

4. The status of special needs Inmates should be continuous and ongoing.  At a minimum, the inmate will be seen by the Physician/designee NP/PA, at least every 90 days to determine the continued designation as a special needs inmate.

5. Prior to transfer to another facility, a Transfer Summary will be completed to identify special requirements that will need to be considered while in transit and upon arrival at the inmate's destination.

**700.08.02:** **Special Needs Communication**

1. Health and Correctional staff communicate about inmates who are:

    a. The chronically ill.

    b. Inmates with serious communicable diseases.

    c. The physically disables.

    d. Pregnant inmates.

    e. Frail or elderly inmates.

    f. The terminally ill.

    g. Inmates with serious mental health needs.

    h. The developmentally disables inmate.

      i. On dialysis.

      j. Adolescents.

      k. ==Allergy==

### 700.08.03: <u>Medical/Correctional Consultation</u>

1. Typical cases where such medical/correctional consultation is required include, but are not limited to:

    a. Housing assignment.

    b. Program assignments.

    c. Disciplinary segregation.

    d. Medical segregation.

    e. Intra-system transfer.

    f. Hospitalized inmates.

    g. Work assignment limitations.