

# CHAUTAUQUA COUNTY SHERIFF'S OFFICE
## GENERAL ORDER

| BY ORDER OF:<br>**Sheriff Joseph A. Gerace**<br><br>_____<br>REPLACES: | EFFECTIVE DATE: 11/26/2012 | CORRECTIONS: **700.52** |
|---|---|---|
| | SECTION: **Medical** | |
| | TOPIC: **Intoxication and Withdrawal** | |

**700.52:** **Intoxication and Withdrawal**

**Policy:** **The responsible Forensic Psychiatrist, in conjunction with the Licensed Medical Providers approves written procedures and specific protocols for the treatment of inmates under the influence of alcohol or other drugs or those undergoing withdrawal.**

**All inmates are evaluated through the Receiving Screening for their use and/or dependence on alcohol or other drugs.**

**Purpose:** **Inmates reporting the use of alcohol, opiates, stimulants, sedatives, hypnotics, or other legal or illegal substances will be evaluated for their degree of intoxication and potential for withdrawal from these substances.**

**Standards:**

ACA Adult Local Detention Facilities 3rd Edition (3-ALDF)

    4E-39

New York State Commission of Correction – Minimum Standards

    7010.2 (c), (d)

New York State Sheriff's Association

    Standards 152

National Commission on Correctional Health Care

    J-G-06

**Definitions:**

**Detoxification:** Refers to the process by which an individual is gradually withdrawn from a drug by the administration of decreasing doses of the drug upon which the person is physiologically dependent, of one that is cross-tolerant to it, or of one that has been demonstrated to be effective on the basis of medical research.

**Opiates:** Any preparation or derivative of opium, as well as "opioid," a synthetic narcotic that resembles an opiate in action but is not derived from opium.

**Procedures:**

**700.52.01:   Detoxification and Withdrawal**

1. Detoxification will be carried out according to the protocols established by the physician.

2. Inmates who have symptoms of severe or potentially life-threatening withdrawal will be hospitalized upon receiving physician orders.

3. Inmates who need to be detoxification will be housed in a designated area that is not part of the general population until detoxification is completed.

4. Withdrawal protocols will be initiated as soon as the potential for withdrawals is assessed.

5. Established protocols are followed for the treatment and observation of individuals manifesting symptoms of intoxication or withdrawal.

6. The protocols are approved by the responsible physician, are current, and are consistent with nationally accepted guidelines.

7. Detoxification is done only under physician supervision in accordance with local, state, and federal laws.

8. Individuals at risk for progression to more severe levels of intoxication or withdrawals are kept under constant observation by qualified health care professionals or health-trained correctional staff, and whenever severe withdrawals symptoms are observed, a Physician is consulted promptly.

9. If a pregnant inmate is admitted with a history of opiate use, a Physician is contacted so that the opiate dependence can be assessed and treated appropriately.

10. The facility has a policy that addresses the management of inmates, including pregnant inmates, on methadone or other similar substances.  Inmates entering the facility on such substances have their therapy continued, or a plan for appropriate treatment of the methadone withdrawal syndrome is initiated.

**700.52.02:   Receiving Screening**

1. During the Receiving Screening, each new inmate should be asked about his or her alcohol and drug use.  Specific information should be obtained regarding type of substance, frequency and amount of usage, how long the inmate has been using and time of last use. Additional information includes but is not limited to;

    a.) Nausea and/or vomiting.
    b.) Tremors, tremulousness or agitation.
    c.) Known alcohol abuser.
    d.) History or alcoholic seizure.
    e.) Auditory or visual hallucinations.
    f.) Confusion.
    g.) Unsteadiness or lack of coordination.

**700.52.03:   Withdrawals at Time of Admissions**

1. Every inmate who at the time of admission appears to be physically incapacitated due to drug or alcohol intoxication shall be examined by a Physician.

2. Every inmate who at he time of admission appears to be intoxicated by alcohol shall be subject to increased supervision.  If after 12 hours from admission, the inmate still appears to be intoxicated by alcohol or drugs the inmate shall be immediately examined by a Physician.