

**CHAUTAUQUA COUNTY SHERIFF'S OFFICE**
**GENERAL ORDER**

| BY ORDER OF:<br>**Sheriff Joseph A. Gerace**<br><br>REPLACES: | EFFECTIVE DATE: 11/27/2012 | CORRECTIONS: **700.54** |
| --- | --- | --- |
| | SECTION: **Medical** | |
| | TOPIC: **Inmates with Alcohol and Other Drug Problems** | |

**700.54:**   **Inmates with Alcohol and Other Drug Problems**

**Policy:**   All inmates will be screened for abuse or dependency on alcohol and other drugs during the Receiving Screening, Health Assessment and other health encounters.

Any inmate incarcerated under the influence of alcohol or drugs shall be separated from the general population and kept under close observation for a reasonable period of time.

**Purpose:**   Those inmates demonstrating a significant potential for dependency on substances will be referred to the Physician or designated mental health professional for evaluation, treatment and referral.

---

**Standards:**

ACA Adult Local Detention Facilities 3rd Edition (3-ALDF)

   4E-40, 4E-41

New York State Sheriff's Association

   Standard 153

National Commission on Correctional Health Care

   J-G-08

---

**Procedures:**

**700.54.01**   **Diagnosis**

1. A Licensed Medical Provider will be responsible for making a diagnosis of dependency or non-dependency and determining whether or not treatment is appropriate.

**700.54.02**     <u>**Treatment**</u>

1. When treatment is determined to be appropriate, individualized treatment will be developed for each inmate and implemented by health service staff.

**700.54.03**     <u>**Continued Assistance**</u>

1. Upon release from the facility, inmates in need of continued assistance will be referred to appropriate agencies in the community.

2. Inmates will be referred to outside services prior to discharge.

3. Assessment, treatment, and referrals will be documented in the health record.

**700.54.04**     <u>**Dependent Inmates**</u>

1. Heavily dependent inmates demonstrating significant clinical withdrawal symptoms will be detoxified based on the medical provider's evaluation on an individual basis. If they do not respond to available resources they will be transported to an appropriate Emergency Department for further evaluation.

2. Any inmate suspected of substance dependency will be triaged by health service staff and scheduled into the next medical or mental health clinic for confirmation and treatment initiation. The Physician will be kept informed of any abnormal findings. Assessments will be done at least daily or as needed.