# Chautauqua County Jail Mental Health Policy and Procedures

**Constant Watch:**

Inmates on constant watch will be seen daily (Monday-Friday) by a mental health clinician in the jail who will speak with psychiatrist to discuss removal from constant watch.  Final decision to be made in collaboration with Sergeant on duty. Nurses are required to take the order from the psychiatrist to remove the inmate from constant watch.

In the event that a mental health clinician is not available, the procedure will be as follows:

> **\*Inmate will continue on constant watch until they are assessed by a mental health clinician.**

If inmate is having a mental health crisis, medical staff on duty can make the decision to contact Dr. Abbasi who is available for on call crisis services as needed. Sergeant on duty will be notified of this situation.

**Psychiatric Evaluation:**

During psychiatric evaluations and medication follow up appointments with the psychiatrist, nurses are required to take medication orders as reported by the psychiatrist. The nursing staff will be present and take notes from the psychiatric assessment and medication follow up. This will ensure any information related to an inmate's mental health will be documented in the patient so all members of the medical staff are aware.

**Medications:**

Any and all issues related to medication orders, changes, prescriptions and side effects will be addressed and managed by the medical/nursing staff. Medical staff will handle questions about medications. **The Mental Health Team is not qualified to take medication orders and these issues must be discussed directly with the psychiatrist by medical/nursing staff.**

**Health Care Services Request Forms:**

Inmates requesting to speak with someone from Mental Health, a CASAC or Care Coordinator; must fill out the appropriate Health Care Services Request Form. Forms will be reviewed on a daily basis within the Mental Health Team and addressed in order of need.

Any immediate/crisis concerns from medical staff, Sergeants, or Correction Officers about an inmate may be discussed with a member of the mental health team.  Only if/when the inmate is experiencing extreme mental health symptoms and is not able to complete a form will emails be an acceptable way to request an inmate be seen by mental health.  **Preference is for a direct phone call to the Mental Health Team in these situations**. If there is an immediate concern and there is no Mental Health staff on duty, the decision will be made by the medical staff and Sergeant on duty will be notified if the situation requires a call the psychiatrist for immediate assistance.