UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF NEW YORK

---

PATTIE ANN PUSATERI, as the Administrator of the Estate of
GREGORY LEE GALLAWAY,

                Plaintiff,

v.

CITY OF DUNKIRK, et al,

                Defendant.

**STIPULATION
SELECTION OF MEDIATOR**

Case No.: 1:20-cv-00427

---

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Michael Menard, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on July 20, 2022 at 10:00 a.m., virtually via Zoom.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated:   July 14, 2022

| | |
|---|---|
| **VanDette Law, PLLC** | **The Law Offices of Matthew Albert** |
| _____ | */s Matthew A. Albert, Esq.* |
| James M. VanDette, Esq. | Matthew A. Albert, Esq. |
| Attorney for Plaintiff | Co-counsel for Plaintiff |
| Office and P.O. Box Address | Office and P.O. Box Address |
| 403 Main Street, Suite 725 | 2166 Church Road |
| Buffalo, NY 14203 | Darien Center, NY 14040-9602 |
| (716) 806-3500 Ext. 1 | (716) 445-4119 |
| jim@vandettelaw.com | mattalbertlaw@gmail.com |
| | |
| **Webster Szanyi, LLP** | **Bouvier Law, LLP** |
| _____ | _____ |
| Shannon B. O'Neill, Esq. | Paul F. Hammond, Esq. |
| Michael P. McClaren, Esq. | Attorney for Defendants |
| Attorneys for Defendants | Office and P.O. Box Address |
| Office and P.O. Box Address | 350 Main Street, Suite 1800 |
| 424 Main Street, #1400 | Buffalo, NY 14202 |
| Buffalo, NY 14202 | (716) 856-1344 |
| (716) 842-2800 | pfhammond@bouvierlaw.com |
| soneill@websterszanyi.com | |
| mmcclaren@websterszanyi.com | |