UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATTIE ANN PUSATERI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00427 |
| ) | |
| CHAUTAUQUA COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING CASE**

The court having been advised by the Evaluator's Report (Doc. 104) the above-captioned action has settled,

IT IS HEREBY ORDERED this action is DISMISSED, without costs, with the right to petition, upon good cause shown within sixty (60) days of the date of this Order, to reopen the action if settlement is not consummated.

Dated this 23rd day of August, 2024.

Christina Reiss, District Judge
United States District Court